# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                  CASE NO.  3:03cr51LAC

TERRENCE HUGHES FOSTER

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on _____MAY 19, 2008_____

Motion/Pleadings:__MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)_____

Filed by_ DEFENDANT PRO SE _____ on 5/19/08_____ Doc.# 46_____

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed   _____ Consented

                            WILLIAM M. McCOOL, CLERK OF COURT

_____           *s/Mary Maloy*

LC (1 OR 2)              Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of June, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) At sentencing, the defendant was held accountable for 16.59 kilograms of cocaine powder which resulted in a base offense level of 34. As the defendant was held accountable for no cocaine base, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

                      *s/L. A. Collier*

                      **LACEY A. COLLIER**
            **Senior United States District Judge**

Entered On Docket: _____ By: ___

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

_____

Document No.